**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Nurul Islam,

Petitioner,

v.

Unknown Party, et al.,

Respondents.

No. CV-26-01291-PHX-MTL (DMF)

**ORDER**

Petitioner, a native and citizen of Bangladesh, filed a § 2241 petition on February 24, 2026, while detained at the Florence Correctional Center. Respondents answered the petition on March 11, 2026, asserting Petitioner was not entitled to relief. (Doc. 7). As of the date of this order, the Department of Homeland Security's Immigration and Customs Enforcement Online Detainee Locator System returns "zero (0) matching records" for an individual with Petitioner's name and a birth country of Bangladesh.

Accordingly,

**IT IS ORDERED** that Respondents shall have until **September 10, 2026**, to file notice advising whether Petitioner is detained by the Department of Homeland Security within the United States, or Petitioner has been removed from the United States or released from detention and the petition is therefore moot.

Dated this 4th day of September, 2026.

Michael T. Liburdi
Michael T. Liburdi
United States District Judge